UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR30-5 |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | MOTION FOR DOWNWARD |
| **DESMOND O'NEIL THOMPSON** | ) | DEPARTURE |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion for Downward Departure in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger attendant to the investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Motion for Downward Departure in the above-captioned case be unsealed.

**SO ORDERED**.

Signed: October 28, 2008

Carl Horn, III
United States Magistrate Judge