IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:06-CR-00030-KDB-SCR

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DESMOND O'NEIL THOMPSON, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss Violations 3 and 4 of the Petition for Violation of Supervised Release (Doc. No. 400). For the reasons stated in the Motion, the Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that violations 3 and 4 of the petition seeking to revoke the Defendant's supervised release are **DISMISSED**.

**SO ORDERED.**

Signed: April 17, 2023

Kenneth D. Bell
United States District Judge